IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Johnson, Renard Keith | Case Number: 04 B 37217 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 4/8/08 | Filed: 10/7/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: February 21, 2008
Confirmed: December 2, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 9,826.04 |  |
| Secured: |  | 587.06 |
| Unsecured: |  | 2,010.62 |
| Priority: |  | 3,746.69 |
| Administrative: |  | 2,194.00 |
| Trustee Fee: |  | 461.63 |
| Other Funds: |  | 826.04 |
| Totals: | 9,826.04 | 9,826.04 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 2,194.00 | 2,194.00 |
| 2. | Illinois Title Loans | Secured | 587.06 | 587.06 |
| 3. | Internal Revenue Service | Priority | 3,746.69 | 3,746.69 |
| 4. | Peoples Energy Corp | Unsecured | 99.81 | 147.76 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 889.50 | 1,317.03 |
| 6. | Illinois Title Loans | Unsecured | 64.97 | 96.21 |
| 7. | Internal Revenue Service | Unsecured | 303.64 | 449.62 |
| 8. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 9. | AT&T Broadband | Unsecured | | No Claim Filed |
| 10. | Corporate America Family CU | Unsecured | | No Claim Filed |
| 11. | Foundation For Health | Unsecured | | No Claim Filed |
| 12. | SBC | Unsecured | | No Claim Filed |
| 13. | Prime Co | Unsecured | | No Claim Filed |
| 14. | SunTrust Bank Card | Unsecured | | No Claim Filed |
| 15. | Medclr Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 7,885.67 | $ 8,538.37 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 75.00 |
| 4% | 27.68 |
| 3% | 22.21 |
| 5.5% | 123.74 |
| 5% | 37.50 |
| 4.8% | 70.78 |

Case 04-37217    Doc 18    Filed 04/08/08    Entered 04/08/08 09:27:31    Desc    Page 2 of 2
Case 04-37217    Doc 18    Filed 04/08/08    Entered 04/08/08 09:27:31    Desc    Page 2 of 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Johnson, Renard Keith | Case Number: 04 B 37217 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 4/8/08 | Filed: 10/7/04 |

```
                    5.4%              104.72
                                     _____
                                     $ 461.63
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

